UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                        :        CASE NO 06-11224
                                                       CHAPTER 13
DAVID E. JOHNSON
GAIL A. JOHNSON                               :        JUDGE BETH A. BUCHANAN
    DEBTORS

                                              :        NOTICE OF TRANSMITTAL OF
                                                       UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918277 | $21.41 |

Creditor(s)
DELL FINANCIAL SERVICE
12234B NORTH I-35
AUSTIN, TEXAS 78753

                                        Respectfully submitted,

                            /s/    Margaret A. Burks, Esq.
                                   Margaret A. Burks, Esq.
                                   Chapter 13 Trustee
                                   Attorney No. OH 0030377

                                   Francis J. DiCesare, Esq.
                                   Staff Attorney
                                   Attorney No. OH 0038798

                                   Karolina F. Perr, Esq.
                                   Staff Attorney
                                   Attorney No. OH 0066193

                                   600 Vine Street, Suite 2200
                                   Cincinnati, OH 45202
                                   (513) 621-4488
                                   (513) 621 2643 (Facsimile)
                                   mburks@cinn13.org - Correspondence only
                                   fdicesare@cinn13.org
                                   kperr@cinn13.org
                                   cincinnati@cinn13.org - Court Filings

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 21, 2011.

/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.

DELL FINANCIAL SERVICE
12234B NORTH I-35
AUSTIN, TEXAS 78753

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
8080 BECKETT CENTER DRIVE
SUITE 217
WEST CHESTER,, OH  45069

Debtor(s)
DAVID E. JOHNSON
2230 KEMPER LANE #5
CINCINNATI, OH  45206

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

GAIL A. JOHNSON
1084 SPRING WATER COURT
CINCINNATI, OH  45215